**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01201-CV

## IN THE INTEREST OF I.O.K., J.C.K., AND M.O.K., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54118-2009**

## ORDER

We **GRANT** appellant's November 8, 2013 motion for an extension of time to file an amended brief. Appellant shall file his amended brief on or before December 3, 2013. If appellant intends to file a petition for writ of mandamus, he must file a separate petition that complies with rule 52 of the rules of appellate procedure. *See* TEX. R. APP. P. 52.

/s/      ELIZABETH LANG-MIERS
            JUSTICE